UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES M. DOUCOT,
        Plaintiff,

v.

IDS SCHEER, INC. and IDS SCHEER AMERICA,
        Defendants.

CIVIL ACTION NO. 09-11482-MBB

### FINAL JUDGMENT

### OCTOBER 4, 2010

**BOWLER, U.S.M.J.**

In accordance with the Stipulation of Dismissal filed by the parties, it is **ORDERED** that this action is hereby **DISMISSED** with prejudice and without costs or attorneys fees.

/s/ Marianne B. Bowler
**MARIANNE B. BOWLER**
United States Magistrate Judge